FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL BISHOP,<br><br>      Plaintiff,<br><br>      v.<br><br>TARGET CORPORATION and TIM KELLY,<br><br>      Defendants. | NO. 4:23-CV-05175-SAB<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

      Before the Court is the parties' Agreed Motion for Entry of Protective Order, ECF No. 11. The motion was heard without oral argument. Plaintiff is represented by Adam Pechtel. Defendants are represented by Lauren Parris Watts

      The parties ask the Court to sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

      The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect such items from public access, the Court will entertain an application for a narrowly tailored protective order.

**ORDER DENYING MOTION FOR PROTECTIVE ORDER** ~ 1

Accordingly, **IT IS ORDERED:**

1. The parties' Agreed Motion for Entry of Protective Order, ECF No. 11, is **DENIED**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 31st day of May 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER** ~ 2