FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL BISHOP,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION,<br><br>    Defendant. | No. 4:23-CV-05175-SAB<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

    Before the Court is the parties' Joint Stipulation of Dismissal with Prejudice and Without Costs or Fees to Either Party, ECF No. 20. Plaintiff is represented by Adam Pechtel. Defendant is represented by Lauren Parris Watts.

    The parties agree and stipulate under Fed. R. Civ. P. 41(a)(1)(A)(ii) to the voluntary dismissal of this action with prejudice and without costs of fees to either party.

//

//

//

//

//

//

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE ~ 1**

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Joint Stipulation of Dismissal with Prejudice and Without Costs or Fees to Either Party, ECF No. 20, is **GRANTED**.

2. The above-captioned case is **DISMISSED** with prejudice and without costs or fees to either party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 5th day of December 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE ~ 2**